# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KRISTEN MARISSA MILLIKEN,

                     Plaintiff,                          19 **CIVIL** 9371 (PED)

                  -against-                          **JUDGMENT**

ANDREW SAUL,
Commissioner, Social Security Administration,

                     Respondent.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 17, 2021, Plaintiff's motion is **GRANTED**, and Defendant's motion is **DENIED**. The Court remands this case for calculation of benefits; accordingly, this case is closed.

**Dated:**  New York, New York
           March 17, 2021

                                                   **RUBY J. KRAJICK**

                                                   _____
                                                   **Clerk of Court**
                        **BY:**
                                                      **Deputy Clerk**