# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KRISTEN MILLIKEN,

                           Plaintiff,               19 **CIVIL** 9371 (CS) (PED)

           -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 26, 2021, that the Commissioner of Social Security pay to the Plaintiff attorney fees and expenses in the amount of $6,682.45, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Such award is made in full satisfaction of any claim for fees, expenses and costs under the EAJA. It is further agreed that the Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $400.00. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

**Dated:**  New York, New York
           May 26, 2021

                                                           **RUBY J. KRAJICK**

                                                           _____
                                                            **Clerk of Court**
                                             **BY:** _____
                                                            **Deputy Clerk**